**SO ORDERED.**

**SIGNED this 21st day of April, 2014.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE



---

C-13-7a
(Rev. 01/12)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

```
In Re:                                    )   ORDER CONFIRMING PLAN
Melvin Parrish         SS# xxx-xx-8786    )        CHAPTER 13
1301 Parrish Road                         )
Chapel Hill, NC 27516                     )
                                          )
                                          )   Case No. B-13-81609 C13D
                                          )
           Debtor(s)                      )
```

  This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

I.   The Trustee in this case is <u>Richard M. Hutson II</u>, Standing Trustee, <u>Post Office Box 3613, Durham, North Carolina 27702</u>;

II.  The attorney for the Debtor(s) is **John T. Orcutt**;

III. Under the final plan (the "Plan") as proposed:

  A.  **Plan Payments**

    1. The Debtor(s) is/are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

    2. The monthly plan payment to the Trustee is **$2,792.00** beginning **1/31/2014**;

  B.  **Administrative Costs**

    1. **Attorney Fees.** The Attorney for the Debtor(s) is allowed the base fee of **$3,700.00**. The Attorney has received **$3,700.00** from the Debtor(s) pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

    2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

ltp

C. Priority Claims

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1. Internal Revenue Service – 2011-2012 taxes - $15,584.51
2. North Carolina Department of Revenue
3. Orange County Tax Collector – 2013 vehicle taxes - $27.82

D. Secured Claims

1. Long-term Debts – To be paid directly by Debtor(s).

| Creditor & Property | Claim Filed (Y/N) | Regular Payment |
|---|---|---|
| SLS / Ocwen<br>9314 Bethel Hickory Grove Church Road<br>Chapel Hill,NC | N | To be paid direct to said creditor by the Debtors' daughter, Alayna Parrish Edwards. |
| Orange County Tax Collector<br>9314 Bethel Hickory Grove Church Road<br>Chapel Hill,NC | N | To be paid direct to said creditor by the Debtors' daughter, Alayna Parrish Edwards. |

2. Long-term Debts – To be paid by Trustee.

| Creditor & Property | Claim Filed (Y/N) | Monthly Payment | Monthly Payment to Begin | Arrears Through | Arrears Amount | Monthly Payment on arrears |
|---|---|---|---|---|---|---|
| SLS / Ocwen<br>1301 Parrish Road<br>Chapel Hill,NC | N | $1,884.00 Est.Per debtor(s) | 05/14 | 04/14 | unknown | To be determined |

3. Secured Claims To Be Paid In Full - Real Property

| Creditor & Property | Claim Filed (Y/N) | Amount of claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| Orange County Tax Collector<br>7103 Old Greensboro<br>Chapel Hill, NC<br>And<br>935 Ferguson Road<br>Chapel Hill, NC | Y | $3,601.08 | $74.75 | 9% |
| Orange County Tax Collector<br>1301 Parrish Road<br>Chapel Hill, NC | N | Per the Debtor(s) the debt due Orange County Tax Collector for real property taxes are to be paid through the debtor's(s') escrow account maintained by mortgage holder. | | |

E. General Unsecured Claims Not Separately Classified.

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is **100% plus interest at the federal rate of .13% from the petition date of December 23, 2013 until entry of the confirmation order and thereafter at the rate of 5.25% interest per annum**.

- 2 -

**F.** The Debtor will pay **THE GREATER OF** (i) a minimum of **36** monthly plan payments, OR (ii) the amount necessary to pay all allowed secured claims as scheduled for payment through disbursements by the Trustee, and priority and general unsecured claims to receive **100% plus interest at the federal rate of .13% from the petition date of December 23, 2013 until entry of the confirmation order and thereafter at the rate of 5.25% interest per annum** due to the liquidation value of the estate, with the plan to be reviewed in 6 months and periodically thereafter for plan payment adjustments;

**G.** The terms and provisions of the Standing Order dated **February 24, 2012**, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

**H.** **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

## END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
B-13-81609 C-13D

RICHARD M. HUTSON, II
STANDING TRUSTEE
P.O. BOX 3613
DURHAM, NC 27702-3613

- 4 -