**SO ORDERED.**

**SIGNED this 28th day of June, 2018.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-13-81609 C-13D |
| Melvin Parrish | ) | |
| | ) | |
| Debtor | ) | |

### ORDER GRANTING STANDING TRUSTEE'S MOTION TO MODIFY DEBTOR'S PLAN

On June 21, 2018, a hearing was held on Motion by the Standing Trustee to modify the Debtor's Chapter 13 plan pursuant to 11 U.S.C. §1329, by increasing the Debtor's plan payments to $3,260.00 per month in order that the Debtor may complete his plan within the 60-month time limit imposed by 11 U.S.C. § 1322(d). At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Trustee's Motion should be granted; therefore, it is ORDERED:

1. The Motion by the Trustee to modify the plan pursuant to 11 U.S.C. §1329 is granted.

2. The Debtor's plan payments are scheduled at $3,260.00 per month beginning July, 2018 and shall continue until all claims are paid in full in accordance with the Order confirming the plan entered April 21, 2014.

END OF DOCUMENT

**PARTIES IN INTEREST**
Page 1 of 1
B-13-81609 C-13D

Melvin Parrish
1301 Parrish Road
Chapel Hill, NC 27516

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

William P. Miller, Esq.
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**